

**FILIPPATOS PLLC**
Employment Law, Litigation & ADR

Tanvir H. Rahman　　　　　　　　　　　　　　　　　　　　　　　　　　Phone/Fax: 914-984-1111 Ext. 505
Admitted in NY & NJ　　　　　　　　　199 Main Street, Suite 800　　　　　　　Trahaman@filippatoslaw.com
　　　　　　　　　　　　　　　　　　White Plains, NY 10601
　　　　　　　　　　　　　　filippatoslaw.com  ◆  bestworkplacelawyers.com

April 5, 2024

**VIA ECF**
The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

　　　　Re:　*Shaughnessy v. Scotiabank*, No. 22 Civ. 10870 (LAP)

Dear Judge Preska:

We represent Plaintiff in the above-captioned matter. Pursuant to Your Honor's Individual Rules, we write to kindly request an adjournment of the settlement conference scheduled for April 10, 2024, at 11:00 a.m. See Dkt. No 28. Defendant consents to this request. The parties have conferred and would be available to conduct the settlement conference on the following dates: April 23, 2024; April 24, 2024; May 1, 2024, and May 2, 2024.

This is the first request for an adjournment of this conference. The parties also request an extension of the April 12, 2024, deadline for Defendant to file an Answer to the Amended Complaint to a date after the settlement conference. We thank Your Honor for the Court's consideration of this matter.

Respectfully submitted,

*/s/ Tanvir H. Rahman*

Tanvir H. Rahman

　　cc:　All Counsel of Record (*via* ECF)

```
The settlement conference is adjourned to May 22, 2024 at 10:00 a.m.
To the extent that settlement is not possible, Defendant shall have one
week following conclusion of the settlement conference to file an
answer to Plaintiff's Amended Complaint.  SO ORDERED.

                                    _____
Date:   04/05/24                    LORETTA A. PRESKA, U.S.D.J.
```